ALBERT BARBER, Appellant, *v.* W. A. CASE & SON
MANUFACTURING COMPANY, Respondent.

*Barber* v. *Case & Son Manfg. Co.*, 172 App. Div. 942, affirmed.
(Argued December 11, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered February 3, 1916, affirming a judgment in
favor of defendant entered upon a dismissal of the
complaint by the court at a Trial Term. Plaintiff
was the assignee of several insurance companies and
sued to recover the amount of a loss by fire alleged to
have been caused to the plant of the Wood Products
Company through the negligence of one Lange, an
employee of defendant, who in attempting to repair a
pipe in said plant applied a blow pipe thereto, thus
igniting alcoholic fumes which were passing through.
The trial court held that, although Lange was the general
servant of the defendant, he was loaned or hired by the
Case Manufacturing Company to the Wood Products
Company for such services in his general line of copper-
smith as the Wood Products Company should see fit
to put him to work at, and that he thereupon became, as
to that service so far as he was under the direction of the
Wood Products Company, as to the work to be done, and
on this occasion even as to the manner of the work, the
servant of the Wood Products Company.

*Vernon Cole* for appellant.

*Simon Fleischmann* and *Alonzo G. Hinkley* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, CARDOZO and ANDREWS, JJ. Not sitting:
POUND, J.